Tam Med. Supply Corp. v American Ind. Ins. Co. (2022 NY Slip Op 50595(U))



[*1]


Tam Med. Supply Corp. v American Ind. Ins. Co.


2022 NY Slip Op 50595(U)


Decided on June 10, 2022


Appellate Term, Second Department


Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


As corrected in part through July 8, 2022; it will not be published in the printed Official Reports.



Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E. GOLIA, JJ



2019-1567 K C

Tam Medical Supply Corp., as Assignee of Destin, Woldine, Respondent, 
againstAmerican Independent Ins. Co., Appellant, and Omni Indemnity Company, American Independent Insurance Companies, Inc. and Good2Go Auto Insurance, Defendants. 




Opinion withdrawn from online only publication under 2022 NY Slip Op 50595(U) by the State Reporter. This opinion will be published at 
2022 NY Slip Op 50565(U).








